UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

QUIWANECA SPIKES,

Plaintiff

v.

NDOC, et al.,

Defendants

Case No. 2:25-cv-02099-APG-MDC

**ORDER**

Plaintiff Quiwaneca Spikes brings this civil-rights action to redress constitutional violations that she allegedly suffered while incarcerated at Florence McClure Women's Correctional Center. (ECF No. 1-1). Plaintiff filed two applications to proceed *in forma pauperis* for an inmate. (ECF Nos. 1, 3). According to the Nevada Department of Corrections inmate database, Plaintiff is no longer at the address listed with the Court and has been released from custody.[1] Plaintiff has not filed her updated address with the Court. And her applications to proceed *in forma pauperis* for an inmate are moot because she is no longer incarcerated.

Plaintiff is reminded that a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number." LR IA 3-1. This rule includes when the party is moved to a new institution or released from custody. (See ECF No. 2 at 1). The party's "[f]ailure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." LR IA 3-1.

I.    **CONCLUSION**

It is therefore ordered that the applications to proceed *in forma pauperis* for inmate (ECF Nos. 1, 3) are denied as moot.

---

[1] The NDOC inmate database is available to the public online at: https://ofdsearch.doc.nv.gov/.

It is further ordered that Plaintiff Spikes has **until June 19, 2026**, to perform the following tasks:

(i) file her updated address with the Court, and

(ii) **either** pay the full $405 filing fee for this civil action, **or**

(iii) file an application to proceed *in forma pauperis* for non-inmates.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if she fails to comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when she can comply with this Court's local rules.

The Clerk of the Court is directed to send Plaintiff Spikes the approved form application to proceed *in forma pauperis* by a non-prisoner with instructions.

DATED: May 20, 2026

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

2